# Stale Check Report

**Trustee:** HAROLD P. BULAN (521350)
**Case:** 09-10356 - KOLACKI, KENNETH G.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-022522521-66 | 10109 | 04/08/10 | U.S. Bankruptcy Court | | | $59.73 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 312-225252521-66 | 4 | 106 | 04/30/09 | 610 | Credit First NA<br>P. O. Box 818011<br>Cleveland, OH 44181 | 1,268.56 | 1,268.56 | 59.73 | 59.73 |

11089817
$59.73
5/6/10



FILED MAY - 6 2010 BANKRUPTCY COURT BUFFALO, N.Y.

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.